UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF UNIVERSITY OF MICHIGAN, et al.,

    Plaintiff(s),

v.

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant(s).

Case No. 22-cv-04913-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth Flanagan, an active member in good standing of the bar of Delaware, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The Regents of the University of Michigan and The University of South Florida Board of Trustees in the above-entitled action. My local co-counsel in this case is John Farrell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 99649.

| | |
|---|---|
| 222 Delaware Ave 17th Floor<br>P.O. Box 1111<br>Wilmington, DE 19801 | 500 Arguello Street<br>Suite 500<br>Redwood City, CA 94063 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (302) 778-8472 | (650) 839-5070 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| eflanagan@fr.com | jfarrell@fr.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5891.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/8/2022

Elizabeth Flanagan
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth Flanagan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/8/2022

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

## SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Elizabeth M. Flanagan** was admitted to practice as an attorney in the Courts of this State on **December 11, 2013** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 22nd day of July, 2022.

Lisa A. Dolph
Clerk of the Supreme Court