United States District Court
Northern District of California

1  
2  
3  
4  
5  
6  
7  
8  
9  

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF UNIVERSITY OF MICHIGAN, et al.,

    Plaintiff(s),

v.

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant(s).

Case No. 22-cv-04913-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

10  
11  
12  
13  
14  
15  

I, Jacqueline T. Moran, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The Regents of the University of Michigan and The University of South Florida Board of Trustees in the above-entitled action. My local co-counsel in this case is John Farrell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 99649.

16  
17  

1221 McKinney Street  
Suite 2800  
Houston, TX 77010  
MY ADDRESS OF RECORD

500 Arguello Street  
Suite 500  
Redwood City, CA 94063  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  

(713) 654-5300  
MY TELEPHONE # OF RECORD

(650) 839-5070  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19  
20  

jtmoran@fr.com  
MY EMAIL ADDRESS OF RECORD

jfarrell@fr.com  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21  
22  
23  

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24121740.

24  
25  

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

26  
27  

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  9/12/2022

Jacqueline T. Moran
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jacqueline T. Moran  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  9/12/2022

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

   **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jacqueline Teresa  Moran**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of December, 2020.

   I further certify that the records of this office show that, as of this date

**Jacqueline Teresa  Moran**

is presently enrolled with the State Bar of Texas as an active member in good standing.

   **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of September, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0093C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 06, 2022

Re: Jacqueline Teresa Moran, State Bar Number 24121740

To Whom It May Concern:

This is to certify that Jacqueline Teresa Moran was licensed to practice law in Texas on December 04, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web