John M. Farrell (Cal. Bar No. 99649)
jfarrell@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-893-5070
Fax: 650-839-5071

Ahmed J. Davis (*Pro hac vice*)
ajd@fr.com
Laura C. Whitworth (*Pro hac vice*)
whitworth@fr.com
Taylor Burgener (*Pro hac vice*)
tcaldwell@fr.com
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

[*Full Listing on Signature Page*]

*Attorneys for Plaintiffs The Regents of the University of Michigan and The University of South Florida Board of Trustees*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, <br> and <br> THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION <br><br> Defendant. | Case No. 4:22-cv-04913-HSG <br><br> **JURY TRIAL DEMANDED** <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **[Civil L.R. 6-1, 6-2]** <br><br> Hearing: November 29, 2022 <br> Judge: Hon. Haywood S. Gilliam, Jr. |

**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR**
**OTHERWISE RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE**
**MANAGEMENT CONFERENCE**
**4:22-cv-04913-HSG**

Pursuant to Civil L.R. 6-1 and 6-2, as supported by the declaration of Kelly A. Del Dotto, filed herewith, Plaintiffs The Regents of the University of Michigan and The University of South Florida Board of Trustees (collectively, "Plaintiffs"), and Defendant Novartis Pharmaceuticals Corporation ("Defendant"), respectfully stipulate as follows:

1. Plaintiffs filed their complaint against Defendant on August 29, 2022. Dkt. 1.
2. On August 30, 2022, Judge Gilliam issued a Case Management Conference Order, setting a Case Management Conference for November 29, 2022. Dkt. 9.
3. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the parties are required to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan by November 8, 2022. Dkt. 9. The parties are also required to file an ADR Certification by November 8, 2022. Dkt. 9.
4. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the parties are required to file a Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file a Case Management Statement by November 22, 2022. Dkt. 9.
5. Defendant requested additional time to answer or otherwise respond to the Complaint, and the parties agreed that the deadline for Defendant to answer or otherwise respond to the complaint be extended by 30 days from September 19, 2022 to October 20, 2022. Dkt. 29.
6. Defendant, however, requires additional time beyond October 20, 2022 to answer or otherwise respond to Complaint, to obtain lead counsel.
7. Plaintiffs agreed that the deadline for Defendant to answer or otherwise respond to the Complaint be extended by 21 days from October 20, 2022 to November 10, 2022.

**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE —4:22-cv-04913-HSG**

1

8. Given this extension, certain deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, Dkt. 9, are set to occur before Novartis answers or otherwise responds to the Complaint.

9. To allow the parties sufficient time to meet the deadlines set in the Court's Order and meet and confer on the positions to be submitted by the parties in the Rule 26(f) Report and Case Management Statement, the parties respectfully request that the Initial Case Management Conference be continued for two weeks, during the week of December 12 or at the Court's convenience.

10. There is good cause for the extension to allow Novartis to obtain lead counsel and to allow the parties to fully consider and assess case management early in the case.

Accordingly, the parties stipulate that the deadline for Novartis to answer or otherwise respond to the Complaint be extended for an additional 21 days, from October 20, 2022 to November 10, 2022.  The parties further respectfully request that the Court continue the Initial Case Management Conference for two weeks, to occur during the week of December 12 or at the Court's convenience.

Dated:  October 11, 2022                               **FISH & RICHARDSON P.C.**

                                                        By:  */s/ Kelly A. Del Dotto* (pro hac vice)
                                                             John M. Farrell (Cal. Bar No. 99649)
                                                             jfarrell@fr.com
                                                             Fish & Richardson P.C.
                                                             500 Arguello Street, Suite 500
                                                             Redwood City, CA 94063
                                                             Phone: 650-893-5070
                                                             Fax: 650-839-5071

                                                             Ahmed J. Davis (*Pro hac vice*)
                                                             ajd@fr.com
                                                             Laura C. Whitworth (*Pro hac vice*)
                                                             whitworth@fr.com
                                                             Taylor Burgener (*Pro hac vice*)
                                                             tcaldwell@fr.com
                                                            1000 Maine Ave., S.W., Suite 1000

**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
—4:22-cv-04913-HSG

Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Elizabeth M. Flanagan (*Pro hac vice*)
eflanagan@fr.com
Kelly A. Del Dotto (*Pro hac vice*)
allenspach.del.dotto@fr.com
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070
Fax: (302) 652-0607

Jacqueline T. Moran (*Pro hac vice*)
jtmoran@fr.com
1221 McKinney Street
Suite 2800
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

**ATTORNEYS FOR PLAINTIFFS THE REGENTS OF THE UNIVERSITY OF MICHIGAN AND THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES**

Dated: October 11, 2022

**NOVARTIS PHARMACEUTICALS CORPORATION**

By: */s/ Marc J. Pernick*
Marc J. Pernick
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
450 Sansome Street., Suite 1005
San Francisco, CA 94111
Tel: (415) 738-6228

Sherman W. Kahn (CA Bar No. 168924)
skahn@mkwllp.com
Hui Liu (*pro hac vice* to be filed)
hliu@mkwllp.com

**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
—4:22-cv-04913-HSG

3

|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   | MAURIEL KAPOUYTIAN WOODS LLP                             |
| 2   | 15 W. 26th Street, 7th Floor                             |
| 3   | New York, NY 10010                                       |
|     | Tel: (212) 529-5131                                      |
| 4   |                                                          |
| 5   | **ATTORNEYS FOR DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION** |

## ATTESTATION

Pursuant to Civ. Local Rule 5.1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Novartis Pharmaceuticals Corporation.

*/s/ Kelly A. Del Dotto* (pro hac vice)
Kelly A. Del Dotto

**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
—4:22-cv-04913-HSG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- The deadline for Novartis to answer or otherwise respond to the Complaint is extended to November 10, 2022; and

- The Telephonic Initial Case Management Conference is continued to December 13, 2022 at 2:00 p.m.

Dated: 10/12/2022

_____
Hon. Haywood S. Gilliam, Jr.