Marc J. Pernick (CA Bar No. 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
450 Sansome Street., Suite 1005
San Francisco, CA 94111
Tel: (415) 738-6228

Sherman W. Kahn (CA Bar No. 168924)
skahn@mkwllp.com
Hui Liu (*pro hac vice* to be filed)
hliu@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
Mauriel Kapouytian Woods LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Tel: (212) 529-5131

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, <br> and <br> THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION <br><br> Defendant. | Case No. 4:22-cv-04913-HSG <br><br> **JURY TRIAL DEMANDED** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **[Civil L.R. 6-1, 6-2]** <br><br> Current Hearing Date: December 13, 2022 <br> Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiffs The Regents of the University of Michigan and The University of South Florida Board of Trustees (collectively, "Plaintiffs"), and Defendant Novartis Pharmaceuticals Corporation ("Novartis" or "Defendant"), hereby respectfully stipulate as follows:

1. Plaintiffs filed their complaint against Novartis on August 29, 2022. (Dkt. 1.)

2. Based on prior stipulations and a prior order that adopted the most recent stipulation, Novartis' current deadline to answer or otherwise respond to the complaint is November 10, 2022. (Dkt. 29, 34-35.)

3. Furthermore, the Initial Case Management Conference is currently scheduled for December 13, 2022. (Dkt. 35.)

4. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines and the Court's Order adopting the parties' stipulation to extend certain deadlines, the parties are required to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan by November 22, 2022. (Dkt. 9, 35.) The parties are also required to file an ADR Certification by December 6, 2022. (Dkt. 9, 35.)

5. Novartis has requested additional time to answer or otherwise respond to the complaint, and Plaintiffs have agreed that the deadline for Novartis to answer or otherwise respond to the complaint shall be extended by 11 days from November 10, 2022, to November 21, 2022.

6. Given this extension, certain deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 9) and further Order continuing Initial Case Management Conference (Dkt. 35) are set to occur very shortly after Novartis answers or otherwise responds to the complaint.

7. To allow the parties sufficient time to meet the deadlines set in the Court's Orders and meet and confer on the positions to be submitted by the parties in the Rule 26(f) Report and Case Management Statement, the parties respectfully request that the Initial Case Management Conference be continued by three weeks, to during the week of January 2, 2023, or to a date and time at the Court's convenience.

1    8.    There is good cause for the extension to allow the parties to fully consider and
2  assess case management early in the case.
3        Accordingly, the parties stipulate that the deadline for Novartis to answer or otherwise
4  respond to the complaint shall be extended to November 21, 2022.  The parties further respectfully
5  request that the Court continue the Initial Case Management Conference by three weeks, to occur
6  during the week of January 2, 2023, or at the Court's convenience.

Dated:  November 2, 2022                **FISH & RICHARDSON P.C.**

By:   /s/ Kelly A. Del Dotto
      John M. Farrell (Cal. Bar No. 99649)
      jfarrell@fr.com
      Fish & Richardson P.C.
      500 Arguello Street, Suite 500
      Redwood City, CA 94063
      Phone: 650-893-5070
      Fax: 650-839-5071

      Ahmed J. Davis (*Pro hac vice*)
      ajd@fr.com
      Laura C. Whitworth (*Pro hac vice*)
      whitworth@fr.com
      Taylor Burgener (*Pro hac vice*)
      tcaldwell@fr.com
      1000 Maine Ave., S.W., Suite 1000
      Washington, D.C. 20024
      Tel: (202) 783-5070
      Fax: (202) 783-2331

      Elizabeth M. Flanagan (*Pro hac vice*)
      eflanagan@fr.com
      Kelly A. Del Dotto (*Pro hac vice*)
      allenspach.del.dotto@fr.com
      222 Delaware Avenue, 17th Floor
      Wilmington, DE 19801
      Tel: (302) 652-5070
      Fax: (302) 652-0607

      Jacqueline T. Moran (*Pro hac vice*)
      jtmoran@fr.com
      1221 McKinney Street
      Suite 2800
      Houston, TX 77010

| | |
|---|---|
| | Tel: (713) 654-5300 |
| | Fax: (713) 652-0109 |
| | |
| | **ATTORNEYS FOR PLAINTIFFS THE REGENTS OF THE UNIVERSITY OF MICHIGAN AND THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES** |
| Dated:  November 2, 2022 | **MAURIEL KAPOUYTIAN WOODS LLP** |
| | By:   */s/ Marc J. Pernick* |
| | Marc J. Pernick (CA Bar No. 160591) |
| | mpernick@mkwllp.com |
| | MAURIEL KAPOUYTIAN WOODS LLP |
| | 450 Sansome Street., Suite 1005 |
| | San Francisco, CA  94111 |
| | Tel: (415) 738-6228 |
| | |
| | Sherman W. Kahn (CA Bar No. 168924) |
| | skahn@mkwllp.com |
| | Hui Liu (*pro hac vice* to be filed) |
| | hliu@mkwllp.com |
| | MAURIEL KAPOUYTIAN WOODS LLP |
| | 15 W. 26th Street, 7th Floor |
| | New York, NY  10010 |
| | Tel: (212) 529-5131 |
| | |
| | **ATTORNEYS FOR DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION** |

### ATTESTATION

I, Marc J. Pernick, hereby attest that each of the other Signatories have concurred in the filing of the document, in compliance with Civil L.R. 5-1(h)(3),

*/s/ Marc J. Pernick*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Novartis to answer or otherwise respond to the Complaint is extended to November 21, 2022; and

The Telephonic Initial Case Management Conference is continued to 1/10/2023, at 2:00 PM.

Dated: 11/3/2022

_____
Hon. Haywood S. Gilliam, Jr.

Marc J. Pernick (CA Bar No. 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
450 Sansome Street., Suite 1005
San Francisco, CA 94111
Tel: (415) 738-6228

Sherman W. Kahn (CA Bar No. 168924)
skahn@mkwllp.com
Hui Liu (*pro hac vice* to be filed)
hliu@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
Mauriel Kapouytian Woods LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Tel: (212) 529-5131

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, and THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Defendant. | Case No. 4:22-cv-04913-HSG<br><br>**DECLARATION OF MARC J. PERNICK IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Marc J. Pernick, declare as follows:

1. I am a partner at Mauriel Kapouytian Woods LLP, counsel for Defendant Novartis Pharmaceuticals Corporation ("Novartis" or "Defendant") in this action. I am a member of the Bar of the State of California. I submit this Declaration in support of the Joint Stipulation and [Proposed] Order to Extend Time to Answer or Otherwise Respond to Complaint to Continue Initial Case Management Conference. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Plaintiffs filed their complaint against Novartis on August 29, 2022. (Dkt. 1.)

3. Based on prior stipulations and a prior order that adopted the most recent stipulation, Novartis' current deadline to answer or otherwise respond to the complaint is November 10, 2022. (Dkt. 29, 34-35.)

4. Furthermore, the Initial Case Management Conference is currently scheduled for December 13, 2022. (Dkt. 35.)

5. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines and the Court's Order adopting the parties' stipulation to extend certain deadlines, the parties are required to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan by November 22, 2022. (Dkt. 9, 35.) The parties are also required to file an ADR Certification by December 6, 2022. (Dkt. 9, 35.)

6. Novartis has requested additional time to answer or otherwise respond to the complaint, and Plaintiffs have agreed that the deadline for Novartis to answer or otherwise respond to the complaint shall be extended by 11 days from November 10, 2022, to November 21, 2022.

7. Given this extension, certain deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 9) and further Order continuing Initial Case Management Conference (Dkt. 35) are set to occur very shortly after Novartis answers or otherwise responds to the complaint.

8. To allow the parties sufficient time to meet the deadlines set in the Court's Orders and meet and confer on the positions to be submitted by the parties in the Rule 26(f) Report and

1  Case Management Statement, the parties respectfully request that the Initial Case Management
2  Conference be continued by three weeks, to during the week of January 2, 2023, or at a date and
3  time of the Court's convenience.
4       9.       There is good cause for the extension to allow the parties to fully consider and
5  assess case management issues early in the case.
6       I declare under penalty of perjury that the foregoing is true and correct.
7
8  Executed this 2nd day of November 2022 at New York, NY.

     /s/ *Marc J. Pernick*
     Marc J. Pernick