UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, and THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>　　　　　　　Plaintiff(s)<br>v.<br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　　　　Defendant(s) | CASE No C 4:22-cv-04913-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation with the mediator to be selected by the parties cooperating in good faith

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: January 18, 2024

Date: January 17, 2023            /s/ John M. Farrell
                                  Attorney for Plaintiff
Date: January 17, 2023            /s/ Arturo J. González
                                  Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   1/18/2023                 *[signature: Haywood S. Gilliam Jr.]*
                                  U.S. DISTRICT JUDGE

---

Pursuant to Civil Local Rule 5-1(h)(3), I hereby certify that concurrence in the filing of this document has been obtained from   Arturo J. González   .

Date:  January 17, 2023           /s/ John M. Farrell
                                  Attorney for Plaintiff