John M. Farrell (Cal. Bar No. 99649)
jfarrell@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Phone: 650-893-5070
Fax: 650-839-5071

Ahmed J. Davis (*Pro hac vice*)
ajd@fr.com
Laura C. Whitworth (*Pro hac vice*)
whitworth@fr.com
Taylor Burgener (*Pro hac vice*)
tcaldwell@fr.com
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

[*Full Listing on Signature Page*]

*Attorneys for Plaintiffs The Regents of the University of Michigan and The University of South Florida Board of Trustees*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br>and<br>THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-04913-HSG<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs The Regents of the University of Michigan and The University of South Florida Board of Trustees and Defendant Novartis Pharmaceuticals Corporation (collectively, the "Parties"), by and through their respective counsel, hereby seek to amend the Parties' Scheduling Order (D.I. 55) to add a deadline for reply claim construction briefing, in accordance with the parties' Joint Case Management Statement (D.I. 50.) Accordingly, the Parties stipulate to the addition of the following deadline to the Parties' Scheduling Order:

| Event | Deadline |
|---|---|
| L/D to File and Serve Reply Claim Construction Brief and Rebuttal Evidence Pursuant to Patent L.R. 4-5(c) | September 8, 2023 |

IT IS SO STIPULATED.

Respectfully Submitted,

FISH & RICHARDSON P.C.

Dated: January 24, 2023

By: */s/ John M. Farrell*
John M. Farrell (Cal. Bar No. 99649)
jfarrell@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Phone: 650-893-5070
Fax: 650-839-5071

Ahmed J. Davis (*Pro hac vice*)
ajd@fr.com
Laura C. Whitworth (*Pro hac vice*)
whitworth@fr.com
Taylor Burgener (*Pro hac vice*)
tcaldwell@fr.com
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

|   |   |
|---|---|
| | Elizabeth M. Flanagan (*Pro hac vice*) |
| | eflanagan@fr.com |
| | 60 South 6th Street, Suite 3200 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 766-2095 |
| | Fax: (612) 288-9696 |
| | |
| | Kelly A. Del Dotto (*Pro hac vice*) |
| | allenspach.del.dotto@fr.com |
| | 222 Delaware Avenue, 17th Floor |
| | Wilmington, DE 19801 |
| | Tel: (302) 652-5070 |
| | Fax: (302) 652-0607 |
| | |
| | Jacqueline T. Moran (*Pro hac vice*) |
| | jtmoran@fr.com |
| | FISH & RICHARDSON P.C. |
| | 909 Fannin Street, Suite 2100 |
| | Houston, Texas 77010 |
| | Tel: (713) 654-5300 |
| | Fax: (713) 652-0109 |
| | |
| | **ATTORNEYS FOR PLAINTIFFS THE REGENTS OF THE UNIVERSITY OF MICHIGAN AND THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES** |
| Dated:  January 24, 2023 | By:  */s/ Shaelyn K. Dawson* |
| | ARTURO J. GONZÁLEZ (BAR NO. 121490) |
| | AGonzález@mofo.com |
| | SHAELYN K. DAWSON (BAR NO. 288278) |
| | ShaelynDawson@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| | Facsimile:  415.268.7522 |
| | |
| | NICHOLAS N. KALLAS (*pro hac vice*) |
| | nkallas@venable.com |
| | CHRISTINA SCHWARZ (*pro hac vice*) |
| | cschwarz@venable.com |

|   |   |
|---|---|
| 1 | VENABLE LLP |
| 2 | 1290 Avenue of the Americas |
|   | New York, NY 10104 |
| 3 | Telephone: 212-218-2100 |
|   | Facsimile: 212-218-2200 |
| 4 |   |
| 5 | **ATTORNEYS FOR DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION** |

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant Novartis Pharmaceuticals Corporation.

　　　　　　　　　　　　　　　　　　　　　 */s/ John M. Farrell*
　　　　　　　　　　　　　　　　　　　　　　John M. Farrell

**ORDER**

The above JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER to add a deadline for reply claim construction briefing is approved, and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: 1/25/2023

_____
Hon. Haywood S. Gilliam, Jr.