1  John M. Farrell (Cal. Bar No. 99649)
   jfarrell@fr.com
2  Fish & Richardson P.C.
   500 Arguello Street, Suite 400
3  Redwood City, CA 94063
4  Phone: 650-839-5070
   Fax: 650-839-5071
5
6  Ahmed J. Davis (*Pro hac vice*)
   ajd@fr.com
7  Laura C. Whitworth (*Pro hac vice*)
   whitworth@fr.com
8  Taylor Burgener (Cal. Bar No. 348769)
   tcaldwell@fr.com
9  1000 Maine Ave., S.W., Suite 1000
   Washington, D.C. 20024
10 Tel: (202) 783-5070
   Fax: (202) 783-2331
11
12 [*Full Listing on Signature Page*]
13 *Attorneys for Plaintiffs The Regents of the University of Michigan and*
14 *The University of South Florida Board of Trustees*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, and THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-04913-AMO<br><br>**PLAINTIFFS THE REGENTS OF THE UNIVERSITY OF MICHIGAN AND THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES' NOTICE REGARDING JUDGMENT GRANTING REQUEST FOR ADVERSE JUDGMENT AFTER INSTITUTION OF TRIAL IN IPR2023-01347** |

1  Plaintiffs The Regents of the University of Michigan and The University of South Florida
2  Board of Trustees (collectively, "Plaintiffs") file this notice following the PTAB's decision Granting
3  Request for Adverse Judgment After Institution of Trial Under 37 C.F.R. § 42.73(b) in IPR2023-
4  01347 of United States Patent No. 10,633,344 (the '344 Patent).  A copy of the decision is attached
5  to this notice as Exhibit A.  IPR2023-01346 is still pending.

Dated:  September 13, 2024                         Respectfully Submitted,

                                                    FISH & RICHARDSON P.C.

                                              By:  /s/ John M. Farrell
                                                    John M. Farrell (Cal. Bar No. 99649)
                                                    jfarrell@fr.com
                                                    Fish & Richardson P.C.
                                                    500 Arguello Street, Suite 400
                                                    Redwood City, CA 94063
                                                    Phone: 650-839-5070
                                                    Fax: 650-839-5071

                                                    Ahmed J. Davis (*Pro hac vice*)
                                                    ajd@fr.com
                                                    Laura C. Whitworth (*Pro hac vice*)
                                                    whitworth@fr.com
                                                    Taylor Burgener (Cal. Bar No. 348769)
                                                    tcaldwell@fr.com
                                                    1000 Maine Ave., S.W., Suite 1000
                                                    Washington, D.C. 20024
                                                    Tel: (202) 783-5070
                                                    Fax: (202) 783-2331

                                                    Kelly A. Del Dotto (*Pro hac vice*)
                                                    allenspach.del.dotto@fr.com
                                                    222 Delaware Avenue, 17th Floor
                                                    Wilmington, DE 19801
                                                    Tel: (302) 652-5070
                                                    Fax: (302) 652-0607

                                                    Jacqueline T. Moran (*Pro hac vice*)
                                                    jtmoran@fr.com
                                                    FISH & RICHARDSON P.C.
                                                    909 Fannin Street, Suite 2100
                                                    Houston, Texas 77010

Tel: (713) 654-5300
Fax: (713) 652-0109

Meghana Thadani (*Pro hac vice*)
thadani@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

**ATTORNEYS FOR PLAINTIFFS THE REGENTS OF THE UNIVERSITY OF MICHIGAN AND THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES**

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, a true and correct copy of the above and foregoing document has been served on the following counsel via electronic mail at the e-mail address(es) set forth below:

ARTURO J. GONZÁLEZ (BAR NO. 121490)
AGonzález@mofo.com
SHAELYN K. DAWSON (BAR NO. 288278)
ShaelynDawson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NICHOLAS N. KALLAS (*pro hac vice*)
nkallas@venable.com
CHRISTINA SCHWARZ (*pro hac vice*)
cschwarz@venable.com
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-218-2100
Facsimile: 212-218-2200

MARC J. PERNICK (State Bar No. 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
450 Sansome Street, Suite 1005
San Francisco, California 94111
Telephone: (415) 738-7391

SHERMAN W. KAHN (State Bar No. 168924)
skahn@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Telephone: (212) 529-5131

*Attorneys for Defendant*
**NOVARTIS PHARMACEUTICALS CORPORATION.**

/s/ *John M. Farrell*
John M. Farrell