| | |
|---|---|
| John M. Farrell (Cal. Bar No. 99649)<br>jfarrell@fr.com<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Phone: 650-893-5070<br>Fax: 650-839-5071<br><br>Ahmed J. Davis (*Pro hac vice*)<br>ajd@fr.com<br>Laura C. Whitworth (*Pro hac vice*)<br>whitworth@fr.com<br>Taylor Burgener (Cal. Bar No. 348769)<br>tcaldwell@fr.com<br>Fish & Richardson P.C.<br>1000 Maine Ave., S.W., Suite 1000<br>Washington, D.C. 20024<br>Tel: (202) 783-5070<br>Fax: (202) 783-2331<br><br>[*Full Listing on Signature Page*] | ARTURO J. GONZÁLEZ (Bar No. 121490)<br>AGonzález@mofo.com<br>SHAELYN K. DAWSON (Bar No. 288278)<br>ShaelynDawson@mofo.com<br>ANDREW L. PERITO (Bar No. 269995)<br>aperito@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>NICHOLAS N. KALLAS (*pro hac vice*)<br>nkallas@venable.com<br>CHRISTINA SCHWARZ (*pro hac vice*)<br>cschwarz@venable.com<br>LAURA FISHWICK (*pro hac vice*)<br>lfishwick@venable.com<br>VENABLE LLP<br>151 W. 42nd Street, 49th Floor<br>New York, NY 10036<br>Telephone: 212-218-2100<br>Facsimile: 212-218-2200 |
| *Attorneys for Plaintiffs The Regents of the University of Michigan and The University of South Florida Board of Trustees* | *Attorneys for Defendant Novartis Pharmaceuticals Corporation* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br>and<br>THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>      Plaintiffs,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION<br><br>      Defendant. | Case No. 3:22-cv-04913-AMO<br><br>**JOINT CASE MANAGEMENT STATEMENT REGARDING FINAL WRITTEN DECISION IN IPR2023-01346**<br><br>**[Civil L.R. 16-9]**<br><br>Judge: Hon. Araceli Martínez-Olguín |

1  In response to the Court's Order (D.I. 88) requiring that "the parties file with the Court a joint case management statement within seven days of," *inter alia*, "issuance of a final written decision" in IPR2023-01346, The Regents of the University of Michigan and The University of South Florida Board of Trustees (collectively, "Plaintiffs"), and Defendant Novartis Pharmaceuticals Corporation ("Novartis" or "Defendant") submit this Joint Case Management Statement providing the following update.

On March 5, 2025, the Patent Trial and Appeal Board ("PTAB") issued a final written decision in IPR2023-01346, finding all asserted claims of the patent-in-suit in the above captioned case unpatentable. A copy of the final written decision is attached to this filing as Exhibit A. IPR2023-01346 is the only remaining IPR involving these parties; the other IPR filed by Novartis (IPR2023-01347) was terminated in Novartis's favor on August 28, 2024 (*see* D.I. 94).

The deadline for Plaintiffs to file a notice of appeal regarding the final written decision in IPR2023-01346 is May 7, 2025. Plaintiffs and Defendant agree that the stay of this case should continue during this period.

Dated: March 11, 2025                                   Respectfully Submitted,

                                                        FISH & RICHARDSON P.C.

                                                        By:  */s/ John M. Farrell*
                                                             John M. Farrell (Cal. Bar No. 99649)
                                                             jfarrell@fr.com
                                                             Fish & Richardson P.C.
                                                             500 Arguello Street, Suite 500
                                                             Redwood City, CA 94063
                                                             Phone: 650-893-5070
                                                             Fax: 650-839-5071

                                                             Ahmed J. Davis (*Pro hac vice*)
                                                             ajd@fr.com
                                                             Laura C. Whitworth (*Pro hac vice*)
                                                             whitworth@fr.com
                                                             Taylor Burgener (Cal. Bar No. 348769)
                                                             tcaldwell@fr.com
                                                             1000 Maine Ave., S.W., Suite 1000
                                                             Washington, D.C. 20024
                                                             Tel: (202) 783-5070

|   |   |
|---|---|
| 1 | Fax: (202) 783-2331 |
| 2 | Kelly A. Del Dotto (*Pro hac vice*) |
| 3 | allenspach.del.dotto@fr.com |
|   | 222 Delaware Avenue, 17th Floor |
| 4 | Wilmington, DE 19801 |
|   | Tel: (302) 652-5070 |
| 5 | Fax: (302) 652-0607 |
| 6 |   |
|   | Jacqueline T. Moran (*Pro hac vice*) |
| 7 | jtmoran@fr.com |
|   | 1221 McKinney Street |
| 8 | Suite 2800 |
|   | Houston, TX 77010 |
| 9 | Tel: (713) 654-5300 |
|   | Fax: (713) 652-0109 |
| 10 |   |
| 11 | Meghana Thadani (Pro hac vice) |
|   | thadani@fr.com |
| 12 | FISH & RICHARDSON P.C. |
|   | 7 Times Square, 20th Floor |
| 13 | New York, NY 10036 |
|   | Tel: (212) 765-5070 |
| 14 | Fax: (212) 258-2291 |
| 15 | **ATTORNEYS FOR PLAINTIFFS THE** |
|   | **REGENTS OF THE UNIVERSITY OF** |
| 16 | **MICHIGAN AND THE UNIVERSITY OF** |
|   | **SOUTH FLORIDA BOARD OF TRUSTEES** |

| | | | |
|---|---|---|---|
| 19 | | | |
| 20 | Dated: March 11, 2025 | By: | */s/ Shaelyn K. Dawson* |
| | | | ARTURO J. GONZÁLEZ (BAR NO. 121490) |
| 21 | | | AGonzález@mofo.com |
| 22 | | | SHAELYN K. DAWSON (BAR NO. 288278) |
| 23 | | | ShaelynDawson@mofo.com |
| 24 | | | ANDREW L. PERITO (BAR NO. 269995) |
| 25 | | | aperito@mofo.com |
| | | | MORRISON & FOERSTER LLP |
| 26 | | | 425 Market Street |
| 27 | | | San Francisco, California 94105-2482 |
| | | | Telephone: 415.268.7000 |
| 28 | | | |

2
JOINT CASE MANAGEMENT STATEMENT REGARDING
FINA LWRITTEN DECISION IN IPR2023-01346
3:22-cv-04913-AMO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile:  415.268.7522

NICHOLAS N. KALLAS (*pro hac vice*)
nkallas@venable.com
CHRISTINA SCHWARZ (*pro hac vice*)
cschwarz@venable.com
LAURA FISHWICK (*pro hac vice*)
lfishwick@venable.com
VENABLE LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone: 212-218-2100
Facsimile: 212-218-2200

**ATTORNEYS FOR DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION**

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

Dated: March 11, 2025           By:   */s/ Laura K. Fishwick*
                                       Laura K. Fishwick